FILED
JAMES J. VILT, JR. - CLERK

NOV 0 1 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                          Criminal Action No. 3:20CR-61-RGJ

KHALID ASHANTI RAHEEM III, ET AL.                          Defendants

\* \* \* \* \*

## SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS
## FILED BY FRANK TRAMMELL, JR.

**Trammell Proposed Instruction Amendment: Juror's duties, p. 3**

In paragraph 2 add a sentence so that it reads:

Your second duty is to take the law that I give you, apply it to the facts, and decide if the government has proved each defendant guilty beyond a reasonable doubt. *To find Mr. Trammell guilty under any Instruction, you must find unanimously that the Government has proved each element of the offense beyond a reasonable doubt.* It is my job . . .

**Reason:**

Jackson v. Virginia, 443 U. S. 307 (1979), although a habeas corpus case, does not distinguish between the due process owed to a state litigant and that owed to a person facing trial of federal charges. In the discussion on pages 313-316 of Jackson, the Court unequivocally stated that no conviction can be consonant with due process unless the prosecution proves each element beyond a reasonable doubt. There is no reason not to tell the jury this straight out.

**Page 17, at bottom of the page, add language**

  Now, I will explain the elements of the crimes that each defendant is accused of committing. *Before instructing on the specific offenses, I want to explain the interplay between conspiracy and aiding or abetting.*

  *Instruction ____ sets out the elements of conspiracy. The distinguishing characteristic of a conspiracy is the agreement to violate a federal statute. Aiding and abetting applies when a person helps or induces another person violate a federal statute but does not do so because there is a formal or informal agreement to do so.*

  *Instructions (Counts 2,3,6) deal with events involving Destiny Rhodes. Instructions (Counts 12,13,14) deal with events involving Kahlid Raheem.*

  *If you find that Mr. Trammell helped or induced Ms. Rhodes or Mr. Raheem to commit these offenses, that does not automatically prove that he did so as part of a conspiracy. You may find that one or more of these offenses occurred, but that they were individual events, not the result of a formal or informal agreement. To find Mr. Trammel guilty of conspiracy under Instruction ____, you must find the existence of an agreement.*

Then go to substantive offenses

**Reason:**

  I do not find any cases on this, but it is a rational explanation of the law based on the language of 18 USC §2 (principal/aiding and abetting) and 18 USC§ 371 (general conspiracy statute).

**P. 35 Concerning possession in furtherance, in paragraph C add a concluding sentence**

\* \* \* This list is not exhaustive, *but you must find beyond a reasonable doubt that this was the purpose for which the firearms were possessed. If you find that Mr. Trammell possessed one or more firearms for a legitimate purpose, like personal self-defense in his home, you may not return a verdict of guilty under this Instruction.*

**Reason:**

We have made a motion to declare the statute on which this Instruction is based void as a violation of the 2nd Amendment. The motion was denied. But to preserve our issue we must ask for an instruction that embodies our theory.

FRCrP 30(d) requires an objection to the proposed Instruction, which we can do. Under FRCrP 30(a) we can also ask for an instruction. Failure to do one or both may waive the objection.

Objections to Instructions presumes that we have made a motion for directed verdict on this offense and theory that has been denied. FRCrP 29(a).